**People of the State of Illinois, Plaintiff-Appellee, v. Joe Meny, Defendant-Appellant.**

Gen. No. 11,210. 

Fourth District.

August 31, 1970.

 Albert
E. Hurt, Public Defender, of Decatur, for appellant; Basil G. Greanias, State's Attorney of Macon County, of Decatur (Thomas J. Yockey, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE CRAVEN. **Not to be published in full.**